In the Matter of the Requested Extradition of James Joseph SMYTH

**UNITED STATES of America, Plaintiff–Appellant,**

v.

**James Joseph SMYTH, Defendant–Appellee.**

No. 94–10495.

United States Court of Appeals, Ninth Circuit.

Dec. 11, 1995.

Before: SNEED, SCHROEDER, and FERGUSON, Circuit Judges.

## ORDER

The opinion is amended as follows: change the third sentence of the first paragraph under the heading "The Supplementary Extradition Treaty" at 61 F.3d 711, at 713 to read:

"The Provisional Irish Republican Army ("IRA") of which Smyth reputedly is a member ..."